**Electronically Filed
Supreme Court
SCWC-20-0000172
04-FEB-2025
12:07 PM
Dkt. 7 OGAC**

SCWC-20-0000172

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CARRIE N. NOBORIKAWA,
Petitioner/Claimant-Appellant/Appellant,

vs.

HOST INTERNATIONAL, INC.,
Respondent/Employer-Appellee/Appellee,

and

ACE INSURANCE CO., adjusted by Corvel Corporation,
Respondent/Insurance Carrier-Appellee/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000172; CASE NO. AB 2018-009)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Claimant-Appellant/Appellant Carrie N. Noborikawa's application for writ of certiorari filed on December 23, 2024, is accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, February 4, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

